**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSHUA BOYER,

    Petitioner,                                         CASE NO. 8:01-CR-056-T-30TBM
                                                                           8:05-CV-623-T-30TBM

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

This matter comes before the Court for consideration of the Government's Motion to Strike Boyer's First Amended § 2255 Motion and For Stay of Response Schedule (Dkt. 9) and Petitioner's response in opposition thereto (Dkt. 11).

Petitioner's Amended § 2255 Motion is 36 pages in length. The Government moves to strike the motion pursuant to Local Rule 3.01(c) (M.D. Fla.), which provides that "[a]bsent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length." In his opposition to the motion to strike, Petitioner asserts that he cannot adequately address the merits of all eight grounds for relief set out in the Amended § 2255 Motion in a twenty (20) page document.

Pursuant to Local Rule 1.01(c), "[t]he Court may suspend application and enforcement of these rules, in whole or in part, in the interests of justice in individual cases by written order." The Court finds that good cause exists to grant an exception to Local Rule 3.01(c).

**ACCORDINGLY**, the Court **ORDERS** that:

1. The Motion to Strike Boyer's First Amended § 2255 Motion and For Stay of Response Schedule (Dkt. 9) is **DENIED**.

2. The Government shall, within **SIXTY (60) DAYS** from the date of this Order, comply with the July 1, 2005 order to show cause why the relief sought in the motion should not be granted.

**DONE** and **ORDERED** in Tampa, Florida on August 30, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

SA/jsh