## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No:  8:01-CR-56-T-30TBM

JOSHUA BOYER,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #408). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #408) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's construed motion for leave to proceed *in forma pauperis* (Dkt. #405) is DENIED on the grounds that the appeal is frivolous.

3. The Clerk certifies that Defendant's appeal is not taken in good faith.

4. The Clerk of Court is directed to notify the Court of Appeals of this ruling in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

5. Defendant's Motion for Voluntary Dismissal (Dkt. #409) of his previously filed Notice of Appeal (Dkt. #404) and construed motion for leave to proceed *in forma pauperis* (Dkt. #405) is GRANTED IN PART. Defendant's request to dismiss the Notice of Appeal (#404) is GRANTED. The Motion for Voluntary Dismissal (Dkt. #409) is denied in all other respects.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel/Parties of Record